JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR ROLANDO AJQUE CABNAL,

Petitioner,

v.

D.H.S.

Respondent.

Case No. EDCV 26-3442-SSS (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: October 6, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE